```
1  SCOTT N. JOHNSON, ESQ., SBN 166952
   Law Offices of SCOTT N. JOHNSON
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
```

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>      Plaintiff,<br><br>vs.<br><br>Yong Woo Chong; Jamie Chong; and DOES 1 through 10, inclusive,<br><br><br>      Defendants | Case No.: CIV.S 06-00239-WBS-KJM<br><br>**STIPULATION AND ORDER RE REQUEST FOR EXTENSION OF TIME TO CONDUCT VDRP** |

     Plaintiff, Scott N. Johnson ("Plaintiff") and Defendants Yong Woo Chong and Jamie Chong ("Defendants"), by and through their designated counsel of record, hereby agree and stipulate to an extension of time in which to conduct the VDRP hearing to the month of October 2006. Plaintiff's Counsel and Defendants' Counsel are unavailable until this time because of other case matters.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPUALTED.

Dated: June _____, 2006                                   ROBERT LEE
                                                          Attorney At Law

                                                          _____
                                                          Robert C. Lee,
                                                          Attorney for Defendants Yong Woo Chong
                                                          and Jamie Chong


                                                          LAW OFFICES OF SCOTT N. JOHNSON

Dated: June 28, 2006                                      /s/Scott N. Johnson
                                                          SCOTT N. JOHNSON
                                                          Plaintiff, In Pro Per


**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have thru October 2006 to conduct the VDRP hearing.

IT IS SO ORDERED.

Dated: June 28, 2006

                                                          _____
                                                          WILLIAM B. SHUBB
                                                          UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER RE REQUEST FOR EXTENSION
CIV: S-06-00239-WBS-KJM

PDF created with pdfFactory trial version www.pdffactory.com